# EXHIBIT A

NISSAN

# NISSAN MOTOR ACCEPTANCE CORPORATION

Motor Vehicle **Lease** Agreement – NEW JERSEY

Signature LEASE®

**1. PARTIES**

Lessor RAMSEY NISSAN (201)825-4040 09/20/2002
NAME OF LESSOR (DEALER) LESSOR TELEPHONE NUMBER LEASE DATE

401 ROUTE 17 SOUTH UPPER SADDLE RIVER NJ 07458
STREET ADDRESS CITY, STATE, ZIP CODE NMAC DEALER NUMBER

Lessee & Co-Lessee

CHERYL S WICHINSKY-CANTER MURRAY A CANTER N/A
NAME OF LESSEE NAME OF CO LESSEE NAME OF DRIVER (IF LESSEE IS A BUSINESS)

20 COLUMBIA DR HURLEYVILLE NY 12747
LESSEE STREET ADDRESS CITY, STATE, COUNTY ZIP CODE

N/A N/A N/A
LESSEE BILLING ADDRESS (IF DIFFERENT FROM ABOVE) CITY, STATE, COUNTY ZIP CODE

N/A N/A N/A
VEHICLE GARAGING ADDRESS (IF DIFFERENT FROM ABOVE) CITY, STATE, COUNTY ZIP CODE

"You" and "your" refer equally to the Lessee and Co-Lessee (if any) signing this Lease. "We," "us" and "our" refer to the Dealer, to Nissan-Infiniti LT ("NILT") and any other assignee, if this Lease is assigned. "Vehicle" refers to the Motor Vehicle described below, including attachments, equipment and accessories. You agree to lease this Vehicle from us under the terms on the front and back of this Lease. You understand that this is a Lease. You do not own this Vehicle, unless and until you exercise your option to purchase this Vehicle.

**2. DESCRIPTION OF LEASED PROPERTY**

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE IDENTIFICATION NUMBER (VIN) |
|---|---|---|---|---|
| 2002 | NISSAN | TR XTERRA | XE 4X4 AUTO | 5 N 1 E D 2 8 Y 7 2 C 6 0 1 7 9 |

☐ New XX ☐ Used — ODOMETER READING 75 — COLOR/KEY CODE SILVER IC/07737

*Primary Use*: ☐ Personal, Family or Household XX ☐ Commercial

TRANSMISSION ☐ Automatic XX ☐ Manual; BRAKES ☐ Power XX ☐ Manual; STEERING ☐ Power XX ☐ Manual; AIR CONDITIONING ☐ XX

Cyl 6

*Prior Use* (IF > 1000 MILES): ☐ Personal/Family or Household ☐ Daily Rental ☐ Police ☐ Demonstrator ☐ Livery ☐ Prior Wreckage ☐ Unknown

MSRP (New Vehicle Only) $ 25552.00

**3. CONSUMER LEASING ACT DISCLOSURE BOX**

*AMOUNT DUE AT LEASE SIGNING OR DELIVERY* (From Section 4, itemized below) $ 1501.05

*MONTHLY PAYMENTS* Your first monthly payment of $ 339.00 due on signing, followed by 47 payments of $ 339.00 on the 20th of each month, beginning on OCT 20 2002. The total of your monthly payments is $ 16272.00

*OTHER CHARGES* (Not part of your monthly payment)
a) Disposition Fee (if you do not purchase the Vehicle) $ N/A
b) N/A + $ N/A
c) N/A + $ N/A
d) Total = $ N/A

*In addition, you may have to pay excess wear and use and mileage, if any.

*TOTAL OF PAYMENTS* (The amount you will have paid by the end of the Lease) $ 17434.05

**4. ITEMIZATION OF AMOUNT DUE AT LEASE SIGNING OR DELIVERY**

*AMOUNT DUE AT LEASE SIGNING OR DELIVERY*

| | | |
|---|---|---|
| a) | Capitalized Cost Reduction including any net trade-in allowance | $ 835.56 |
| b) | First Monthly Payment | + $ 339.00 |
| c) | Refundable Security Deposit | + $ N/A |
| d) | Title Fees | + $ N/A |
| e) | Registration Fees | + $ 99.00 |
| f) | SALES TAX PD IN ADVANCE | 58.49 |
| g) | N/A | + $ N/A |
| h) | DOC FEE | + $ 169.00 |
| i) | N/A | + $ N/A |
| j) | N/A | + $ N/A |
| k) | Total | = $ 1501.05 |

*HOW THE AMOUNT DUE AT LEASE SIGNING OR DELIVERY WILL BE PAID*

| | | |
|---|---|---|
| I) | Net Trade-In Allowance | $ N/A |
| II) | Rebates and Non-Cash Credits | + $ N/A |
| III) | Amount To Be Paid in Cash | + $ 1501.05 |
| IV) | Total | = $ 1501.05 |

**5. YOUR MONTHLY PAYMENT IS DETERMINED AS SHOWN BELOW**

a) **Gross Capitalized Cost.** The agreed upon value of the Vehicle ($ 23082.68) and any items you pay over the lease term such as taxes, fees, service contracts, insurance and any outstanding prior credit or lease balance. If you want an itemization of this amount, please see Section 7 — $ 24661.90

b) **Capitalized Cost Reduction.** The amount of any net trade-in allowance, rebate, non-cash credit or cash you pay that reduces the gross capitalized cost — 835.56

c) **Adjusted Capitalized Cost.** The amount used in calculating your base monthly payment = 23826.34

d) **Residual Value.** The value of the Vehicle at the end of the Lease used in calculating your base monthly payment − 12009.44

e) **Depreciation and Any Amortized Amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term = 11816.90

f) **Rent Charge.** The amount charged in addition to the depreciation and any amortized amounts + 4455.10

g) **Total of Base Monthly Payments.** The depreciation and any amortized amounts plus the rent charge = 16272.00

h) **Lease Payments.** The number of payments in your Lease ÷ 48

i) **Base Monthly Payment** = 339.00

j) **Monthly Luxury Tax** + N/A

k) **Total Monthly Payment** = $ 339.00

**6. IMPORTANT TERMS**

**Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be. See Section 14.

**Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 15000 miles per year at the rate of 15 cents per mile. See Section 20. ☐ If this box is checked, this mileage includes N/A miles over the term of the Lease purchased at N/A cents per mile, which is included in your monthly payment. There will be no refund for unused miles, including any additional miles purchased by you.

**Purchase Option at End of Lease Term.** You have an option to purchase the Vehicle at the end of the lease term for $ 12009.44 and a Purchase Option Fee of **$150.00**. See Section 15.

**Other Important Terms.** This Lease contains additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

**7. ITEMIZATION OF GROSS CAPITALIZED COST**

The following items you will pay over the lease term and are in your monthly payment:

| | | |
|---|---|---|
| a) | **Agreed upon value of the Vehicle** | + 23082.68 |
| b) | **Title, License and Registration** | + N/A |
| c) | **Acquisition Fee** | + 454.00 |
| d) | **Service Contract and/or Maintenance Contract** (See Section 11) | + N/A |
| e) | **Credit Life and/or Disability Insurance** (See Section 11) | + N/A |
| f) | **Outstanding Prior Credit or Lease Balance** | + N/A |
| g) | UPFRONT SALES TAX | + 1129.22 |
| h) | N/A | + N/A |
| i) | **Total Gross Capitalized Cost** | = 24661.90 |

**8. VEHICLE WARRANTIES**

**9. ESTIMATED FEES AND TAXES**

The estimated total amount you will pay for official and license fees, registration, title and taxes, including personal property taxes, over the term of your Lease, whether included with your monthly payments or assessed otherwise is $ 1583.71 The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

**10. TOTAL COST OF THE LEASE**

Assuming there is no default and that you exercise the purchase option at the scheduled end of this Lease, your total cost under this Lease will be $ 29593.49 which is the sum of the total payments due on signing excluding the refundable security deposit, the total of the subsequent monthly payments, and the purchase option price with purchase option fee, but excluding any state and local taxes or fees imposed on the purchase.

**11. OPTIONAL INSURANCE AND WARRANTIES**

These coverages are not required to enter into this Lease and will not be provided unless you sign below. If insurance and/or warranties are purchased by you, the coverages are shown in a notice given to you on this date and are for the term of the Lease. (Please see below.) These coverages may not be available in some states.

*Credit Life Insurance*

# Additional Terms and Conditions

**ENDING YOUR LEASE**

## 12. Vehicle Return

When your Lease terminates, whether early or as scheduled, you will return the Vehicle to the originating dealer or other location we specify. If you keep possession of this Vehicle past the end of the lease term, you will continue to pay the monthly payments, but you agree that you have no right to keep this Vehicle unless you enter into a written agreement with us extending the lease term, and you will pay us for any damages we suffer because you failed to return this Vehicle at the end of the lease term.

## 13. Scheduled Termination

The scheduled term of your Lease is the number of months corresponding to the number of monthly payments identified in Sections 3 and 5. At the end of the lease term, you will return this Vehicle and pay us immediately:

a) a Disposition Fee equal to the amount disclosed in Section 3; plus
b) all past-due monthly payments, and other charges under this Lease; plus
c) any amounts owed as a result of excessive wear and use, as disclosed in Section 20; plus
d) any Excess Mileage Charge at lease maturity, or an Excess Mileage Charge for the period for which this Lease was in effect pro-rated monthly, as disclosed in Section 6; plus
e) any taxes related to the termination.

## 14. Early Termination

a) **Conditions for YOUR early termination.** You may terminate this Lease before the end of the lease term, effective on the due date of a monthly lease payment, if you return the Vehicle, you are not in default, you have paid at least **12** monthly payments, you give us at least **30** days prior written notice and you pay us the amount disclosed in Section 14.c).
b) **Conditions for OUR early termination.** We may terminate this Lease before the end of the lease term if you are in default, as described in Section 25.
c) **Amounts you will owe at Early Termination.** If this Lease is terminated before the end of the lease term, under Section 14.a) or Section 14.b), then you will pay us:

I) the amounts disclosed in Section 13, plus
II) an Early Termination Charge equal to the difference, if any, between the Adjusted Lease Balance and this Vehicle's Fair Market Wholesale Value or, if we do not terminate this Lease under Section 14.b), an Early Termination Charge equal to the sum of the monthly lease payments not yet due, if less; plus
III) if you are in default, the amounts disclosed in Section 25.

"Adjusted Lease Balance" is a charge in today's dollars ("today" being the date the Lease is terminated) for monthly lease payments not yet due and the Residual Value of the Vehicle. Our method of calculating "today's dollars" is the Constant Yield Method, a generally accepted accounting formula.

"Fair Market Wholesale Value" is the wholesale value assigned by us in a commercially reasonable manner in accordance with accepted practices in the automobile industry for valuation of used vehicles, or by a written agreement at to the Vehicle's value signed by you and us. If you disagree with the value we assign to the Vehicle, you may obtain, at your own expense, within 10 days after you return the Vehicle, a professional appraisal of this Vehicle's wholesale value made by an independent third party agreeable to both you and us (the "Professional Appraisal"). If a Professional Appraisal is used to value the Vehicle for determining liability under this section, no amounts disclosed in Section 20 will be due from you.

In the event early termination of this Lease occurs at your election pursuant to Section 14.a), you hereby agree that the Fair Market Wholesale Value is the Wholesale Value listed for the Vehicle, at the time of the early termination, in one of the following used vehicle valuation guides, at our election: National Automobile Dealers Association (NADA), Kelley or Black Book.

## 15. Purchase Option

You have the option to purchase this Vehicle "AS IS" from the originating dealer, or other location we specify, in cash for the Purchase Option Price, *plus* any official fees and taxes, vehicle inspection costs required in connection with the purchase, and a Purchase Option Fee of **$150.00**, which fees, taxes and costs are not included in the Purchase Option Price agreed to in Section 6.

If you purchase the Vehicle at the end of the lease term, the Purchase Option Price will be the Residual Value shown in Section 5.d). If you purchase the Vehicle before the end of the lease term, the Purchase Option Price will be the Adjusted Lease Balance disclosed in Section 14.c). In either case, you must also pay other amounts due under this Lease at the time of purchase.

**VEHICLE INSURANCE, MAINTENANCE, PAYMENTS AND USE**

## 16. Insurance

You are responsible for the following types and amounts of coverage during the lease term: a) Comprehensive, including fire and theft insurance if this Vehicle is a car, or fire, theft and combined additional coverage if this Vehicle is a truck, with a maximum deductible of **$1,000**; b) Collision insurance with a maximum deductible of **$1,000**; c) Property damage liability of **$50,000** per occurrence; and d) Bodily injury liability of **$100,000** per person and **$300,000** per occurrence. Your insurance policy must name us as loss payee on coverages (a) and (b) and provide us with primary coverage as an additional insured on coverages (c) and (d). You will provide us with proof of insurance at our request. Your insurance policy must provide us with at least **30** days notice of any cancellation, reduction or other material change in coverage. You appoint us as your attorney-in-fact to arrange for and procure payment of insurance loss proceeds directly with your insurance carrier(s) and to endorse, present and collect insurance loss proceeds checks.

NO PHYSICAL DAMAGE OR LIABILITY INSURANCE COVERAGE FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS IS INCLUDED IN THIS LEASE.

## 17. Late Charge, Returned Check Charge, and Fines

If any monthly payment is not received in full by us within **15** days after its due date, you will pay a late charge of **5%** of the monthly payment due or **$25.00**, whichever is less or as allowed by state law. Payments shall be applied to the most past-due payment first. If any payment you make to us is not honored, or is charged back to us, in addition to any late charge, you will pay us a **$10.00** service charge, or such other charge as allowed by state law. You will pay when due any fine imposed on this Vehicle, such as a parking ticket, until you return this Vehicle to us. Should we have to pay any fine on your behalf, you will pay us the amount of the fine plus a **$10.00** administrative charge, or such other charge as allowed by state law.

## 18. Official Fees and Taxes

You will pay when due all official fees and taxes, including registration, title and license fees, and personal property taxes related to this Vehicle or this Lease, which are incurred during the lease term, even if they are assessed after this Lease terminates. Should we have to pay any official fee or tax on your behalf, you will pay us the amount of the official fee or tax, and any interest or penalties assessed.

## 19. Vehicle Maintenance and Use

**You agree to maintain this Vehicle at your own expense. You agree to follow the owner's manual and maintenance schedule and to make all necessary repairs and replacement of parts.** This Vehicle may not be used for any illegal purpose or to transport people or goods for hire. Except for occasional and incidental use by other licensed, qualified operators with your permission, you shall retain possession of this Vehicle. Except as allowed in this Section, you will not alter or install any equipment upon this Vehicle and will pay our cost to restore this Vehicle to its original condition. You may elect to have an airbag on/off switch installed in the Vehicle, at your expense, if you have received prior written approval from the National Highway Transportation Safety Administration ("NHTSA") and you provide us written notice (including a copy of the NHTSA approval and the dealer's written confirmation of the installation) within 30 days after installation. The switch must be installed by an authorized Nissan dealer using Nissan parts. If an airbag on/off switch is installed, you release us from any claims, losses or damages resulting from such installation, improper installation or your use or improper use of the switch. You agree to indemnify us for any loss, liability or expense arising from the use or condition of this Vehicle. You agree to keep this Vehicle free from liens and encumbrances. If you leased this Vehicle in the 48 contiguous United States, you will not remove this Vehicle from these 48 states without our prior consent. If you leased this Vehicle in Alaska, Hawaii, or Guam, you will not remove this Vehicle from that state or territory without our prior consent. If you remove this Vehicle from your state of residence or the garaging address identified in this Lease such that new registration or licensing will be required, you will notify us immediately in writing and will bear all related expenses. You will complete a statement of this Vehicle's mileage at the end of this Lease as required by federal law. You will provide and complete any other document necessary to comply with any applicable federal, state or local law regarding this Vehicle or this Lease.

## 20. Excessive Wear and Use

You are responsible for all repairs to this Vehicle that are not the result of normal wear and use. At the end of the lease term or at early termination (except in the case when a Professional Appraisal as set forth in Section 14 is used to value the Vehicle), you will pay us the amount it would cost for the repairs. These repairs include, but are not limited to, the cost necessary to:

a) REPAIR: inoperative mechanical parts including power accessories; dents, scratches, chips or rusted areas on the body; mismatched paint; broken windows or inoperative window mechanisms; broken headlight lenses or sealed beams; dents, cuts, scratches or gouges in the bumper; broken grilles or dents in the grilles; single dents or a series of small dents on other trim parts, including headlight and taillight bezels; or seats, seat belts, head lining, door panels or carpeting that are torn or are damaged beyond ordinary wear and use or are burned.
b) REPLACE: any windshield damaged with chips, cracks or bull's-eyes; any tire not part of a matching set of **5** tires (or four with an emergency spare) or tires with less than **1/8"** of tread remaining at the shallowest point, or tires which are not a matching set of tires of comparable type and quality to the tires furnished with this Vehicle upon commencement of this Lease; missing parts, accessories and adornments, including bumpers, ornamentation, aerials, hubcaps, chrome stripping, rearview mirrors, radio and stereo components, or emergency spare.

You may obtain at the end of the lease term and at your own expense a Professional Appraisal of the amount required to repair or replace parts of the amount which the excessive wear and use reduces the value of the Vehicle. Such a Professional Appraisal shall be performed by an independent third party agreed to by the Lessee and Lessor, which appraisal will be final and binding on all parties to this Lease. In order to elect such an independent Professional Appraisal, you must notify us in writing within seven business days after the earlier of our mailing or delivery to you of our invoice for our wear and use charges on the Vehicle.

You agree that upon notice from us and as allowed by State law, you will make the Vehicle available to us prior to the scheduled termination of this Lease, at a reasonable time and place to be designated by us, so that we may inspect the Vehicle for purposes of determining excessive wear and use.

**ADDITIONAL INFORMATION**

## 21. Notices

Unless you give prior written notice of a change in your address, we may send any notices to one or more of the Lessee's addresses shown on this Lease. Any notice will be deemed sufficiently given to a Co-Lessee if sent to the Lessee's address, unless you give us written notice of a separate address. You will notify us within **30** days of any address change.

## 22. Security Deposit

We may use the security deposit to offset any amounts that you owe under this Lease. If you perform all of your obligations under this Lease, the security deposit will be returned to you at the end of the lease term. No interest, increase or profits will accrue or be due to you. We have no duty to segregate the security deposit and do not have a fiduciary duty to you in regards to the security deposit.

## 23. Security Interest

Unless otherwise precluded by applicable law, you give us a security interest in this Vehicle or in proceeds, cancellation refunds or other rights under any contract issued with respect to this Vehicle, this Lease or any addendum to this Lease, including, without limitation, insurance contracts, maintenance contracts, repair contracts and extended warranty or service contracts.

## 24. Assignment

We may assign our interest in this Lease without prior notice and without your consent.

YOU AGREE THAT YOU HAVE NO RIGHT TO ASSIGN, TRANSFER OR SUBLEASE ANY OF YOUR RIGHTS UNDER THIS LEASE.

## 25. Default and Payments

You will be in default if a) you do not make a payment on or before the 15th day following its scheduled due date; b) any information on your or a guarantor's credit application is false; c) you do not maintain insurance coverage required by this Lease; d) you do not timely or properly perform any promise under this Lease; e) you or a guarantor become subject to bankruptcy or insolvency proceedings; f) you commit any other act constituting default under applicable law. In the event of default, we may terminate this Lease and, after giving any legally required notice and subject to your one-time right to reinstatement of a payment default (pursuant to Section 56:12-65 of the New Jersey statutes): (i) charge you for early termination liability pursuant to Section 14; (ii) repossess this Vehicle as allowed by law; (iii) charge you for our costs of such repossession, storing, transporting and disposing of this Vehicle; (iv) charge you for our costs of collection, any court costs and attorneys' fees to the extent permitted by applicable law; (v) sue you for damages and to recover this Vehicle; (vi) and/or pursue any other legally permitted remedy. To the extent permitted by law, you agree that if we accept moneys in sums less than those due, accept payments which are received after their scheduled due dates, or make extensions of due dates of payments under this Lease, doing so will not be a waiver of our right to enforce the lease terms as written as to any amounts due thereafter. We may accept payments with "Payment in Full," similar language or other restrictive endorsements without being bound by such language or waiving any of our rights.

## 26. Damage, Loss or Potential Loss of This Vehicle

You are responsible for the risk of loss, damage or destruction of this Vehicle during the lease term and until you return this Vehicle to us. If this Vehicle is damaged or destroyed in an accident or other occurrence or confiscated by any governmental authority or is stolen, abandoned or subjected to potential loss, you will immediately notify us and we may terminate this Lease pursuant to the terms of this Lease. If this Vehicle is stolen (and not recovered) or destroyed, we will accept insurance loss proceeds in full satisfaction of your early termination liability and you shall have no further liability if you are in compliance with the following: 1) your insurance obligations under this Lease are satisfied; 2) your policy covers the casualty and you have paid the deductible required by the policy; and 3) your Lease is not in default. If the insurance loss proceeds exceed your early termination obligations, then the excess will not be refunded to you. If you owe any past due payments or other amounts under this Lease, we may use your security deposit to offset such amounts. All damages which do not result in a total loss of the Vehicle must be repaired. Repairs which involve severing the Vehicle into two or more parts are not permitted. Repairing the Vehicle with used parts may void the manufacturer's warranty or any additional warranties, service contracts or maintenance contracts covering the Vehicle. If used parts are installed to repair the Vehicle, the used parts must be of the same model year or newer than the parts being replaced and, if applicable, the mileage of the used part must be the same or less than the mileage of the Vehicle prior to its damage. Used parts must not have been previously damaged or defective.

## 27. Notices Regarding Assignments

If this Lease and the Vehicle are assigned by the Dealer to NILT, then:

(1) The Dealer is hereby notified that NILT has assigned to Nissan-Infiniti Services Co. (NISC) NILT's rights (but not its obligations) to acquire the Vehicle upon Lease inception; and

(2) The Dealer and Lessee are hereby notified that NILT's rights (but not its obligations) in the sale of the Vehicle, if the Vehicle is subsequently purchased from NILT, will be assigned to NISC immediately prior to the purchase of the Vehicle.

**SIGNATURES**

This Lease is the entire agreement and can only be changed by written agreement between the Lessee, Co-Lessee (if applicable) and Dealer, NILT, or any other assignee, if this Lease is assigned. There are no other written or verbal agreements. Any provision of this Lease which is invalid, illegal or unenforceable shall be ineffective without affecting in any way the remaining provisions. All lessees and guarantors are jointly and severally liable.

## Lessee

YOU HAVE READ BOTH SIDES OF THIS LEASE BEFORE SIGNING. YOU ARE ENTITLED TO AND HAVE RECEIVED A COMPLETED COPY OF THIS LEASE.

By signing below, you acknowledge that:

- This Lease is completely filled out
- You have read this entire Lease carefully and agree to all of its terms.

CAUTION - - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

NOTICE: THE LESSEE AND THE LESSOR SHALL BE ENTITLED TO REVIEW THE CONTRACT FOR ONE BUSINESS DAY BEFORE SIGNING THE CONTRACT.

[signature] LESSEE SIGNATURE — [signature] CO-LESSEE SIGNATURE — BUSINESS NAME

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 DRIVER'S LICENSE NUMBER AND STATE — 839 463 263 DRIVER'S LICENSE NUMBER AND STATE — BY (SIGNATURE)