UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TOKIO MARINE AND NICHIDO FIRE INSURANCE CO.,
LTD., as Subrogee, and NILT, INC., as Subrogor,   RULE 7.1 STATEMENT

                Plaintiffs,
-against-   Civil Case No.:

MURRAY CANTER, CHERYL WICHINSKY-CANTER,
and ADAM J. CANTER
                Defendant.
------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD., as Subrogee, and NILT, INC., as Subrogor, (a private non-governmental party) certifies the following:

      TOKIO MARINE AND FIRE INSURANCE CO., LTD. is an affiliate of Tokio Marine Management, Inc.

      NISSAN-INFINITI LT. is a Delaware statutory trust; NILT, INC. is a Managing Trustee of NISSAN-INFINITI LT.

      NILT, INC. is a wholly owned by US Bank National Association.

      NILT Trust owns 100% beneficial interest in NISSAN-INFINITI LT.

      Nissan Motor Acceptance Corporation owns 100% beneficial interest in NILT Trust.

      NILT, Inc. and Nissan Motor Acceptance Corporation are not publicly traded.

Dated: New York, New York
      June 12, 2007

                                      LONDON FISCHER LLP

                       By: _____
                                Hae Jin Shim (HS3297)
                                Attorneys for Plaintiffs
                                59 Maiden Lane
                                New York, New York 10038
                                (212) 972-1000

To:   ADAM J. CANTER
       333 E. 79th Street, Apt. 3N
       New York, New York 10021-0957

       MURRAY CANTER
       333 E. 79th Street, Apt. 3N
       New York, New York 10021-0957

       CHERYL WICHINSKY-CANTER
       333 E. 79th Street, Apt. 3N
       New York, New York 10021-0957

                                                        116\034\Pleadings\Rule 7.1 Statement