UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TOKIO MARINE AND NICHIDO FIRE INSURANCE      Case Number: 07-Civ-5599 (PKL)
CO., LTD., as Subrogee, and NILT, INC., as Subrogor,

          *Plaintiffs*,

          -against-                                                                **NOTICE OF APPEARANCE**

MURRAY CANTER, CHERYL WICHINSKY-
CANTER, and ADAM J. CANTER

          *Defendants*.

------------------------------------------------------------x

      **PLEASE TAKE NOTICE THAT**, the undersigned hereby enters an appearance as attorney of record for and on behalf of Defendants MURRAY CANTER, CHERYL WICHINSKY-CANTER, and ADAM J. CANTER (the "Defendants"), in the above-captioned action. In accordance therewith, Defendants respectfully request copies of all notices, pleadings, motions, orders, and other correspondence filed or served in this, or any related action, and that same be served electronically pursuant to the Court's Rules.

Dated: New York, New York
       September 6, 2007

                                                              SALON MARROW DYCKMAN
                                                             NEWMAN & BROUDY, LLP

                                                             By: _____
                                                             Daniel I. Goldberg (DG-5745)
                                                             292 Madison Avenue
                                                             New York, New York 10017
                                                             Telephone:   212-661-7100
                                                             *Counsel for Defendants*

To:    Hae Jin Shim (HS-3297) (via ECF)
        London Fischer LLP
        59 Maiden Lane
        New York, New York 10038
        Telephone:   212-972-1000
        *Counsel for Plaintiff*

128240