# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

ATTORNEYS AT LAW

MARC JONAS BLOCK *

mblock@salonmarrow.com

direct dial (646) 843-1929
direct fax (646) 843-1930

* Admitted in New York and
  New Jersey

292 MADISON AVENUE

NEW YORK, NEW YORK 10017

Telephone (212) 661-7100

Facsimile (212) 661-3339

2 University Plaza, Suite 210
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099

**MEMO ENDORSED**

September 11, 2007

*VIA FIRST CLASS MAIL*
The Honorable Peter K. Leisure
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2007



RECEIVED
CHAMBERS OF

SEP 17 2007

PETER K LEISURE

Re:   Tokio Marine and Nichido Fire Insurance
      Co., Ltd., et ano. v. Canter et al.
      SDNY Case Number: 07-Civ-5599(PKL)

Dear Judge Leisure:

This office represents the defendants in the above referenced action, and respectfully requests an extension to October 12, 2007, for the defendants to answer or move with respect to the complaint. This is the first extension requested of defendants' time to answer. Attached please find an executed Stipulated Order for your review and approval. If there are any comments or question, please contact the undersigned.

Very truly yours,

Marc Jonas Block

Encl.

cc:   Hae Jin Shim (HS-3297)
      London Fischer LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TOKIO MARINE AND NICHIDO FIRE INSURANCE         Case Number: 07-Civ-5599 (PKL)
CO., LTD., as Subrogee, and NILT, INC., as Subrogor,

       *Plaintiffs,*

                  **STIPULATED ORDER**

  -against-

MURRAY CANTER, CHERYL WICHINSKY-
CANTER, and ADAM J. CANTER

       *Defendants.*

-----------------------------------------------------------x

  IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for the undersigned that Defendants' time to answer, or otherwise move with respect to Plaintiffs' Complaint in this action is hereby by extended to October 12, 2007.

  IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of a signature on this Stipulation shall have the same force and effect as an original signature.

Dated: New York, New York
   September 6, 2007

**SALON, MARROW, DYCKMAN**          **LONDON & FISCHER LLP**
**NEWMAN & BROUDY, LLP**

By: _____       By: _____
Daniel I. Goldberg (DG-5745)         Hae Jin Shim (HS-3297)
*Attorneys for Defendants*           *Attorneys for Plaintiffs*
292 Madison Avenue             59 Maiden Lane
New York, New York 10017          New York, New York 10038
Telephone: 212-661-7100          Telephone: 212-972-1000

SO ORDERED:  9/18/07

_____
The Honorable Peter K. Leisure
United States District Judge (SDNY)

128242