USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TOKIO MARINE AND NICHIDO FIRE INSURANCE
CO., LTD., as Subrogee, and NILT, INC., as Subrogor,

                Plaintiffs,

-against-

MURRAY CANTER, CHERYL WICHINSKY-
CANTER, and ADAM J. CANTER

                Defendants.

-----------------------------------------------------------x

Case Number: 07-Civ-5599 (PKL)

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for the undersigned that Defendants' time to answer, or otherwise move with respect to Plaintiffs' Complaint in this action is hereby by extended to October 19, 2007.

IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of a signature on this Stipulation shall have the same force and effect as an original signature.

Dated: New York, New York
       October 9, 2007

**SALON, MARROW, DYCKMAN**
**NEWMAN & BROUDY, LLP**

By: _____
Daniel I. Goldberg (DG-5745)
*Attorneys for Defendants*
292 Madison Avenue
New York, New York 10017
Telephone:   212-661-7100

**LONDON & FISCHER LLP**

By: _____
Hae Jin Shim (HS-3297)
*Attorneys for Plaintiffs*
59 Maiden Lane
New York, New York 10038
Telephone:   212-972-1000

**SO ORDERED:**

_____ 10/11/07
The Honorable Peter K. Leisure
United States District Judge (SDNY)