UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD., as Subrogee, and NILT, INC., as Subrogor,<br><br>*Plaintiffs,*<br><br>-against-<br><br>MURRAY CANTER, CHERYL WICHINSKY-CANTER, and ADAM J. CANTER<br><br>*Defendants.* | Case Number: 07-Civ-5599 (PKL)<br><br>**NOTICE OF MOTION** |

------------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the annexed Declarations of Cheryl Wichinsky Canter and Adam J. Canter, the exhibits attached thereto, and Defendants' accompanying Memorandum of Law, and all prior pleadings and proceedings heretofore had herein, Defendants Murray Canter, Cheryl Wichinsky Canter and Adam J. Canter will move this Court, before Hon. Peter K. Leisure, U.S.D.J., at the United States Courthouse, 500 Pearl Street, on a date and time to be determined by this Court, for an order dismissing Plaintiff's claims against Defendants, pursuant to Federal Rule of Civil Procedure 12(b)(5) & (6), together with such other and further relief as the Court deems just and reasonable.

Dated: New York, New York
       October 19, 2007

SALON MARROW DYCKMAN NEWMAN & BROUDY, LLP

By: _____
     Daniel I. Goldberg (DG 5745)
     Attorneys for Defendants
     292 Madison Avenue
     New York, New York 10017
     (212) 661-7100

TO: Hae Jin Shim, Esq.
London Fischer, LLP
Attorneys for Plaintiffs
59 Maiden Lane
New York, New York 10038
(212) 972-1000