Exhibit D

*Mrs Young 1*

# GEICO

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office:
750 Woodbury Road v Woodbury, NY 11797-2589

02/23/2005

ADAM J CANTER
333 E 79TH ST
NEW YORK NY 10021

CLAIM: 006448716-0101-053
INSURED: Cheryl S Wichinsky
LOSS DATE: 04/10/2003

Dear Mr. Canter:

We have received the suit papers served upon you in the lawsuit filed by Rebecca Walker in the Supreme Court, Rockland County, because of a loss which occurred on the above date. In accordance with the terms of policy 63235600, we have referred the defense of this suit to the law firm of Melvin & Melvin, 217 South Salina Street Suite 700, Syracuse, NY 13202-1390 (315) 422-1311, who should be notified immediately if you are making or intend to make a claim against any parties involved in this loss.

Our handling of this matter is provided subject to all the terms, conditions and provisions of the policy contract. Please do not discuss this suit or the facts of this accident with anyone other than our authorized representatives.

Since the amount sued for is not specified and may be more than the insurance policy limits, you may want to obtain your own attorney, at your expense, to cooperate with the defense attorney to protect your interests in excess of the policy limits. You need not hire your own attorney, but you have the right to do so under the policy. The law firm named above will do their best to protect your interests.

If the case goes to trial, you will be notified of the date, time and place of the trial in sufficient time for you to be there. Please let the defense attorney and us know if you change your address or if you will be away from home for more than a few days.

If you have any other insurance that may cover this loss, you should notify the insurance carrier of this suit.

The defense attorney will expect your full cooperation, and if you have any questions or wish any information, they will be glad to assist you.

Since the vehicle involved in the accident was a leased vehicle, it is critical that we have a copy of the lease agreement so that the defense attorney can properly protect the interests of all involved. Please attach a copy of your lease agreement to this letter and return it to us as soon as possible.

Please acknowledge receipt of this correspondence by signing and returning the enclosed duplicate copy.

Sincerely,

*Gina Duffy*

Gina Duffy, Claims Examiner
1-800-645-7550 Ext.5695, Fax#: 1-516-213-6356