Exhibit F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MADISON
-----------------------------------------------------------------------X
REBECCA J. WALKER,                                                  Index No. 1073/05

                  Plaintiffs,

       -against-                                              STIPULATION OF
                                                                                  DISCONTINUANCE

ADAM J. CANTER, CHERYL S. WICHINSKY,
NISSAN NORTH AMERICA, INC., NISSAN MOTORS
ACCEPTANCE CORP., NISSAN INFINITI LEASE
TRUST and XYZ CORPORATION

                  Defendants.
-----------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties appearing in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued with prejudice, without costs to any of the undersigned party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       November 29, 2006

MELVIN & MELVIN, PLLC                            MITCHELL, GORIS, & STOKES, LLC

By: _____                            By: _____

Attorneys for Defendants                                     Attorneys for Plaintiff
ADAM J. CANTER, CHERYL                           REBECCA J. WALKER
S. WICHINSKY, NISSAN NORTH                     5 Mill Street
AMERICA, INC., NISSAN MOTORS                P.O. Box 312
ACCEPTANCE CORP., and NISSAN                 Cazenovia, New York 13035
INFINITI LEASE TRUST                                     (315) 655-3463
217 South Salina Street, 7th Floor
Syracuse, New York 13202-1390
(315) 422-1311

K: 119/084/Peadings/Stip