Exhibit H



- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company
- Criterion Insurance Agency, Inc.
  (Colonial County Mutual Ins.)

750 Woodbury Road
Woodbury, New York   11797-2589

December 20, 2006

Cheryl Wichinsky
P.O. Box 165
Hurleyville, NY 12747-0165

CLAIM NUMBER: 0064487160101053
INSURED: Cheryl Wichinsky
LOSS DATE: 04/10/03

Dear Cheryl Wichinsky:

We are pleased to inform you that we have successfully resolved the lawsuit resulting from the claim referenced above. Thank you for your cooperation in the defense of this action.

Sincerely,

G. DUFFY   J119

CLAIMS DEPARTMENT 516-496-5695 or 800-645-7550 x5695
GEICO General Insurance Company

10

PLEASE REFER TO OUR CLAIM NUMBER WHEN
WRITING OR CALLING ABOUT THIS CLAIM

CL120                                                                CLL14



- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company
- Criterion Insurance Agency, Inc.
  (Colonial County Mutual Ins.)

750 Woodbury Road
Woodbury, New York   11797-2589

December 20, 2006

Mr. Adam Canter
333 E 79th St.
New York, NY 10021-0956

CLAIM NUMBER: 0064487160101053
INSURED: Cheryl Wichinsky
LOSS DATE: 04/10/03

Dear Mr. Canter:

We are pleased to inform you that we have successfully resolved the lawsuit resulting from the claim referenced above.  Thank you for your cooperation in the defense of this action.

Sincerely,

G. DUFFY  J119

CLAIMS DEPARTMENT 516-496-5695 or 800-645-7550 x5695
GEICO General Insurance Company

10

CL120

**PLEASE REFER TO OUR CLAIM NUMBER WHEN
WRITING OR CALLING ABOUT THIS CLAIM**

CLL14