# Exhibit I

# Nissan Motor Acceptance Corporation

LEASE TERMINATION

>00031 4600786 001 008143   DLLSNMLCRE

CANTER, MURRAY A
20 COLUMBIA DR
HURLEYVILLE, NY 12747-6208

| | |
|---|---|
| Date | September 14, 2006 |
| Lease # | 2500 5390 128 |
| Amount Due | $ 0.00 |
| Due Date | 10/04/06 |

RE: 02 NISSAN XTERRA 5N1ED28Y72C601791

Thank you for leasing your vehicle. In accordance with the terms of your lease, an inspection was completed when you returned your vehicle. As described in this agreement, you are responsible for excess mileage and/or excess wear and use. If you have questions regarding this billing, please call 1-800-777-0370 between the hours of 8:00 a.m. and 7:00 p.m. (CST). For leases owned by Nissan-Infiniti LT, Nissan Motor Acceptance Corporation acts as Servicer. *You may receive a subsequent billing(s) for amounts owed under your lease which become due and payable after the maturity of your lease and payment of this invoice. Some possible charges, where applicable, may include: personal property taxes, parking tickets, official State fees and taxes, etc.*

**ACCOUNT STATUS**

| | |
|---|---|
| Maturity Date | 09/20/06 |
| Original / Actual Term | 48 / 48 |
| Allowed / Actual Mileage | 60075 / 47839 |
| Unsatisfied Contract Obligation | |
| Term Tax | |
| Remaining Rents Due | |
| Late Charges Due | |
| Luxury Tax | |
| Excess Mileage Charge | |
| Excess Wear and Use (see Itemization) | |
| Tax on Excess Wear and Use | |
| and / or Mileage at (7.500%) | |
| Misc Charges | |
| Disposition Fee | |
| Disposition Fee Tax | |
| Property Tax | |
| Repossession Fees | |
| **TOTAL LIABILITY** | **$ 0.00** |
| Payments Reversed | |
| Remittance Received | |
| Misc Credits Received | |
| Security Deposit | |
| Previously Refunded | |
| **NET LIABILITY** | **$ 0.00** |

**Itemized Wear and Use**

| LOCATION | DAMAGE | AMOUNT |
|---|---|---|
| Thank-you! No damages were assessed | | |

"Once again, thank you for your patronage, and we hope you will consider Nissan products and Nissan Motor Acceptance Corporation for your future automotive needs".

A check for the amount in the previously refunded field will be sent to you in 7-10 business days.



# Nissan Motor Acceptance Corporation

LEASE TERMINATION

>00018 4600786 001 008143   DLLSNMLCRE

WICHINSKYCANTER, CHERYL
333 E 79TH ST APT 3N
NEW YORK, NY 10021-0957

Date        September 14, 2006
Lease #     2500 5390 128
Amount Due  $ 0.00
Due Date    10/04/06

RE: 02 NISSAN XTERRA 5N1ED28Y72C601791

Thank you for leasing your vehicle. In accordance with the terms of your lease, an inspection was completed when you returned your vehicle. As described in this agreement, you are responsible for excess mileage and/or excess wear and use. If you have questions regarding this billing, please call 1-800-777-0370 between the hours of 8:00 a.m. and 7:00 p.m. (CST). For leases owned by Nissan-Infiniti LT, Nissan Motor Acceptance Corporation acts as Servicer. *You may receive a subsequent billing(s) for amounts owed under your lease which become due and payable after the maturity of your lease and payment of this invoice. Some possible charges, where applicable, may include: personal property taxes, parking tickets, official State fees and taxes, etc.*

## ACCOUNT STATUS

| | |
|---|---|
| Maturity Date | 09/20/06 |
| Original / Actual Term | 48 / 48 |
| Allowed / Actual Mileage | 60075 / 47839 |
| Unsatisfied Contract Obligation | |
| Term Tax | |
| Remaining Rents Due | |
| Late Charges Due | |
| Luxury Tax | |
| Excess Mileage Charge | |
| Excess Wear and Use (see Itemization) | |
| Tax on Excess Wear and Use and / or Mileage at (7.500%) | |
| Misc Charges | |
| Disposition Fee | |
| Disposition Fee Tax | |
| Property Tax | |
| Repossession Fees | |
| **TOTAL LIABILITY** | **$ 0.00** |
| Payments Reversed | |
| Remittance Received | |
| Misc Credits Received | |
| Security Deposit | |
| Previously Refunded | |
| **NET LIABILITY** | **$ 0.00** |

### Itemized Wear and Use

| LOCATION | DAMAGE | AMOUNT |
|---|---|---|
| Thank-you! No damages were assessed | | |

"Once again, thank you for your patronage, and we hope you will consider Nissan products and Nissan Motor Acceptance Corporation for your future automotive needs".

A check for the amount in the previously refunded field will be sent to you in 7-10 business days.

CANTER, MURRAY A  
20 COLUMBIA DR  
HURLEYVILLE, NY 12747-6208

Date      September 14, 2006  
Lease #    2500 5390 128  
Disposition Fee Amount $ 0

RE: 02 NISSAN XTERRA 5N1ED28Y72C601791

## NISSAN OWNER LOYALTY WAIVER

In appreciation of your patronage as a current Nissan Motor Acceptance Corporation (NMAC) Lessee, we wish to present you with this Nissan Owner Loyalty Waiver. There are several Owner Loyalty Programs available if you purchase or lease a new Nissan :

- **Disposition Fee Waiver**  
  If you purchase or lease a new Nissan within 120 days prior to your lease termination date or within 30 days after you terminate your lease, we will waive the disposition fee on your current lease. This could save you hundreds of dollars! (Please refer to your current lease agreement for your individual savings opportunity!).
- **Excess Wear and Use Waiver**  
  If you purchase or lease a new Nissan within 120 days prior to your lease termination date or within 30 days after you terminate your lease, we will waive your Excess Wear and Use charges* on your current lease up to $500 (if applicable).
- 

*Excludes excess mileage charges

Please contact your retailer to complete the information below as verification of your new vehicle lease/purchase.

### NEW VEHICLE INFORMATION

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Vehicle Identification Number

____/____/____  
New Vehicle Delivery Date

_____  _____  
Retailer Name                                                                          Retailer Code

_____  _____  
Street Address                                                                         Phone Number

_____ _____ _____  
City                                       State                                  Zip Code

I certify that the vehicle identified above is eligible for an incentive award in accordance with the subject incentive program Official Program Rules and that all information shown on this form is true and correct. I understand for the waiver to be processed, the eligible new vehicle must be delivered and reported via the Nissan Retail Delivery Reporting (RDR) System. Any waivers processed because of vehicles later determined to be ineligible will be charged back to the retailer and/or customer.

_____  _____  
Customer Signature                                                               Date

_____  _____  
Write Retailer Name Here                                                    Date

00031 4600786 000093 000153 00002/00003