UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD., as Subrogee, and NILT, INC., as Subrogor,

          *Plaintiffs*,

   -against-

MURRAY CANTER, CHERYL WICHINSKY-CANTER, and ADAM J. CANTER,

          *Defendants*.

-----------------------------------------------------------x

Case Number: 07-Civ-5599 (PKL)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

RECEIVED CHAMBERS OF
NOV - 6 2007
PETER K. LEISURE

IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for the undersigned hereto that the time for Plaintiffs to serve and file their opposition to Defendants' motion to dismiss is extended to November 16, 2007, and the time for Defendants to serve and file their reply papers is extended to December 7, 2007.

IT IS FURTHER STIPULATED AND AGREED, that a facsimile copy of a signature on this Stipulation shall have the same force and effect as an original signature.

Dated: New York, New York
November 1, 2007

SALON MARROW DYCKMAN
NEWMAN & BROUDY, LLP

By: _____
Daniel I. Goldberg (DG/5745)
Attorneys for Defendants
292 Madison Avenue
New York, New York 10017
(212) 661-7100

LONDON FISCHER, LLP

By: _____
Hae Jin Shim (HS 3297)
Attorneys for Plaintiffs
59 Maiden Lane
New York, New York 10038
(212) 972-1000

So Ordered, 11/06/07

Peter K. Leisure, U.S.D.C.