Exhibit A

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF NEW YORK

---

TOKIO MARINE AND NICHIDO FIRE INSURANCE
CO.LTD as Subrogee, and NULT ,INC. as Subrogor
                   Plaintiffs,
   against                         SUMMONS & COMPLAINT
                                      Case number CV 07-5599

MURRAY CANTER ,CHERYL WICHINSKY-CANTER
And ADAM J CANTER
                   Defendant,

---

                      ) ss:
COUNTY OF NEW YORK

I Chris Saffran , being duly sworn, depose and say:
That deponent is not a party to this action, is over eighteen years of age and resides in Grandview , New York. I attempted to serve the Summons & Complaint on following six dates and times, July 20, 2007 at 7 pm July 23 at 8:30 pm, August 3 at 9 pm , August 15 at 8 am, August 25 at 9:30 am, and August 27 at 8pm at the residence of Murray Canter ,Cheryl Wichinsky-Cantor and Adam J. Canter located at 333 E79 Street Apt # 3N ,New York , New York, no one was present at the residence on these occasions. On August 28,2007 I served the Summons & Complaint but by affixing (3) copies to the front door of apartment 3N by tape, no one was present at the residence at this time.

On August 28,2007 three copies of the Summons & Complaint were mailed to the above defendants in a plain envelope with no return address, marked personal and confidential, from the US Post Office locate on Main Street, New City ,New York

                                                                          Chris Saffran
                                                                          Lic# 1188440

Sworn to before me
Date 28 day of August 2007

Notary Public
    Ronald French
Notary Public State Of New York
    No 01FR6005883
Qualified In Rockland County
Commission Expires April 20, 20___